IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KIRK IAN JACKSON,

　　　　Appellant,

　v.

Case No.  5D23-1193
LT Case No. 2016-CF-009002-A

STATE OF FLORIDA,

　　　　Appellee.

_____/

Decision filed August 8, 2023

3.850 Appeal from the Circuit Court
for Duval County,
Lindsay Tygart, Judge.

Kirk Ian Jackson, Madison, pro se.

Ashley Moody, Attorney General, and
Michael L. Schaub, Assistant Attorney
General, Tallahassee, for Appellee.


PER CURIAM.

　　　AFFIRMED.


EDWARDS, C.J., HARRIS and BOATWRIGHT, JJ., concur.